UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID MARK BARTELS,

**INDICTMENT**

    Defendant.

_____/

The Grand Jury charges:

**General Allegations**

At all times relevant to this Indictment:

1. DAVID MARK BARTELS was employed by the Armed Forces outside the United States as defined by 18 U.S.C. § 3267(1), that is, between May 2019 and January 2023, he was a civilian employee of a fuel supplier located onboard Naval Station Guantanamo Bay, Cuba, was present and residing outside the United States in connection with such employment, and was not a national of, nor ordinarily resident in, Cuba.

2. BARTELS engaged in conduct outside the United States that would have constituted an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

3. The last known residence of defendant BARTELS prior to his arrival in Cuba in or about May 2019 was in Grand Rapids, Michigan, within the Western

District of Michigan. Venue for the trial of the offense charged in this Indictment lies within the Western District of Michigan.

### Possession of Child Pornography by a Person Employed by the Armed Forces Outside of the United States

The General Allegations of this Indictment are hereby re-alleged and incorporated by reference herein. Between on or about November 7, 2019 and January 5, 2023,

DAVID MARK BARTELS,

in the Naval Station Guantanamo Bay, Cuba and elsewhere, knowingly possessed material that contained one or more images or videos of child pornography, including images and videos that depicted prepubescent minors; the visual depictions possessed include, but are not limited to, the items listed below by file name:

1. 0053. [*Name Redacted*] 10Yo(1).flv,
2. 1_4927251460531421276.3gp,
3. 804724626_237729.jpg,
4. [*Name Redacted*]-bondage.avi, and
5. Lolitashouse_[*Name Redacted*]_12Yo_&_[*Name Redacted*]_11Yo_Lesbian_Girls_Part_4_x264.mp4.

18 U.S.C. § 2252A(a)(5)(A)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2256(8)
18 U.S.C. § 3261(a)
18 U.S.C. § 3238

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A,

DAVID MARK BARTELS

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- Western Digital 5TB External Hard Drive - serial number WXQ2E60AE7UU;
- MSI Laptop - serial number S3Z8NB0KB39844N;
- Dell Laptop - serial number 86FRTL1BT; and
- Samsung Galaxy Z Fold 3 Extraction - IMEI 356664830650753.

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DOAA K. AL-HOWAISHY
Assistant United States Attorney

MCKENZIE HIGHTOWER
Trial Attorney – Department of Justice
Child Exploitation and Obscenity Section

4