UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No. 1:24-cr-00118-RJJ

v.

INDICTMENT
**PENALTY SHEET**

DAVID MARK BARTELS,

    Defendant.

_____/

**Possession of Child Pornography by a Person Employed by the Armed Forces Outside of the United States – 18 U.S.C. §§ 2252A(a)(5)(A) and 3261(a)**

**Maximum Penalty**: 20 years imprisonment [18 U.S.C. § 2252A(b)(2)] and $250,000 fine [18 U.S.C. § 3571]

**Supervised Release**: 5 years to life [18 U.S.C. § 3583(k)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Additional Special Assessment**: $5,000 [18 U.S.C. § 3014] and not more than $17,000 [18 U.S.C. § 2259A(a)(1)]

**Restitution**: Amount of direct and proximate harm [18 U.S.C. § 3663]; Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**FORFEITURE**

Date: August 29, 2024

                          /s/ Doaa K. Al-Howaishy
                          Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046