# EXHIBIT B

# Restitution Requests to be provided to the Court on external drive under separate cover to be filed under Restricted Access