UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:24-CR-00118

      vs.                             Hon. Robert J. Jonker
                                         United States District Judge

DAVID MARK BARTELS,

        Defendant.
_____/

**MOTION FOR LEAVE TO FILE EXHIBIT B UNDER RESTRICTED ACCESS**

      Now comes the United States of America by Andrew B. Birge, Acting United States Attorney for the Western District of Michigan, and Doaa K. Al-Howaishy, Assistant United States Attorney, and moves the Court for leave to file Exhibit B to the Government's Sentencing Memorandum under restricted access in the above case for the reason that the exhibit contains sensitive information regarding the victims in this case.  The government requests that access be limited to the Court and the parties.

                                                  Respectfully submitted,

                                                  ANDREW B. BIRGE
                                                  Acting United States Attorney

Dated: April 25, 2025                /s/Doaa K. Al-Howaishy
                                                  DOAA K. AL-HOWAISHY
                                                  Assistant United States Attorney
                                                  P.O. Box 208
                                                  Grand Rapids, MI  49501-0208
                                                  (616) 456-2404