UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID BARTELS<br><br>Defendant. | No. 1:24-CR-118<br><br>Hon. Robert J. Jonker<br>U.S. District Judge |

## SENTENCING MEMORANDUM

Mr. Bartels was convicted via plea to one count of Possession of Child Pornography by a Person Employed by the Armed Forces Outside of the United States 2252(a)(5)(A)in violation of 18 USC Section 1343. He now stands before the court for sentencing.

Defense and the defendant believe that the sentencing guidelines have been accurately scored and don't contest them.

Mr. Bartels came to the attention of law enforcement when a person he had received child porn from was caught by law enforcement. Apparently they were able to see who this individual had sent material to; one of which was Mr. Bartels. They were able to isolate the dates discovered that, at the time he was viewing this material, he was working on a military base for a civilian contractor. He was not using work computers or devices, but only personal ones. By the

time charges were brought Mr. Bartels had left that job and moved back to the Grand Rapids area to start the next phase of his life.

For the two years he lived in the Grand Rapids area prior to this case he was NOT looking at child porn or seeking to find it. He does admit that he was looking at adult porn a bit but not as much as he was when he was on the military base.

Mr. Bartels admits to likely have a pornography addiction; though he has never been diagnosed or formally treated for it. This particular form of addiction seems to be coming up more and more in my client case; even when the charge has no sexual element to it. The ready accessibility of porn and the ease at which it can shared online has created a cesspool for all kinds of people and images to circulate around. We live in a world where young people want to "sext" erotic images of themselves to their friends or boyfriend/girlfriend without taking into account that these images could wind up anyway and may even come back to haunt them years down the road.

This easily obtain material can lead anyone down a rabbit hole that puts them in prison. We have people that likely would never have gone out and purchased DVDs back in the 1990s that can now find whatever they want on the internet. The dopamine release of viewing this material is well documented and can quickly create and addiction. This seems to happen particularly to those who are socially isolated and spend a lot of free time on a computer.

There is no way to put a positive spin on images of children be sexually abused. There is no silver lining in these cases. The penalties are severe, the social stigma and horrific and it ruins the lives of everyone involved. Yet, it isn't going away.

Mr. Bartels is not proud of what he did. He is deeply ashamed. It will haunt him for the rest of his life. He had a good job, was good with his money, responsible, well-liked and had a bright future. Now, that going to be far less so.

We ask the Court to consider the shortest period of incarnation it feels is just considering all relevant factors.

Date: May 8, 2025 /s/ *Ryan Maesen*
Ryan Maesen (P70246)
Attorney for Defendant