UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID MARK BARTELS,

        Defendant.

_____/

Case No. 1:24-CR-00118

Hon. Robert J. Jonker
United States District Judge

## ORDER

The government having moved the Court for leave to file a victim impact statement and restitution request under restricted access, and having shown good cause,

IT IS HEREBY ORDERED that leave of court is granted for the filing of the victim impact statement and restitution request under restricted access, with access granted only to the Court and the parties.

Date: June 3, 2025

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
United States District Judge